### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

      Plaintiff,

v.                                                           No. CV 17-53 MV/CG

CITY OF HOBBS, et al.,

      Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Motion to Extend Deadline to Disclose Experts*, (Doc. 28), filed July 20, 2017, wherein the parties ask the Court to extend the parties' deadlines to disclose expert witnesses and provide expert reports by thirty days. On July 25, 2017, Defendants filed a *Notice of Lack of Opposition*, (Doc. 29), stating that they do not oppose Plaintiff's motion. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Extend Deadline to Disclose Experts*, (Doc. 28), is **GRANTED**, the parties' deadlines are extended as follows:

1. Plaintiffs shall disclose expert witnesses and provide expert reports by **August 25, 2017**; and

2. Defendants shall disclose expert witnesses and provide expert reports by **September 25, 2017**.

   **IT IS SO ORDERED**.

                                                        THE HONORABLE CARMEN E. GARZA
                                                        UNITED STATES MAGISTRATE JUDGE