IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                                                 No. CV 17-53 MV/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on Plaintiff's *Motion to Extend Deadline to File Motion to Compel*, (Doc. 31), filed July 31, 2017, wherein Plaintiff asks the Court to extend the deadline to file a Motion to Compel related to discovery requests served by Plaintiff on Defendant on May 8, 2017. Plaintiff asks for an extension of the deadline from July 31, 2017 to September 8, 2017. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Extend Deadline to File Motion to Compel*, (Doc. 31), is **GRANTED**, and Plaintiff's deadline to file a Motion to Compel related to his May 8, 2017 discovery requests is extended to **September 8, 2017**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE