IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                                                     No. CV 17-53 MV/CG

CITY OF HOBBS, et al.,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR STAY OF DISCOVERY**

**THIS MATTER** is before the Court on *Plaintiff's Motion to Extend Deadline to File Response to Defendants' Motion for Stay of Discovery and of Scheduling Order Deadlines Pending a Ruling on Defendants' Motion for Summary Judgment*, (Doc. 47), filed September 5, 2017. Plaintiff asks the Court to extend his deadline to file a response to Defendants' Motion for a Stay of Discovery, (Doc. 37), from September 5, 2017 to September 8, 2017. The Court, having considered the Motion and the record of the case, and being otherwise fully advised, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Extend Deadline to File Response to Defendants' Motion for Stay of Discovery and of Scheduling Order Deadlines Pending a Ruling on Defendants' Motion for Summary Judgment*, (Doc. 47), is **GRANTED**, and Plaintiff's deadline to file a response to Defendants' Motion for a Stay of Discovery, (Doc. 37), is extended to **September 8, 2017**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE