**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                               No. CV 17-53 MV/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER FINDING AS MOOT PLAINTIFF'S UNOPPOSED
## MOTION TO VACATE EXPERT DEADLINES

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion to Vacate Expert Deadlines*, (Doc. 53), filed September 25, 2017. Plaintiff asks the Court to vacate the parties' deadlines to disclose their experts, noting that Defendants have also filed a motion to stay discovery and the scheduling order deadlines in this case, (Doc. 37). By separate order, the Court has granted *Defendants' Motion for Stay of Discovery and of Scheduling Order Deadlines Pending a Ruling on Defendants' Motion for Summary Judgment*, (Doc. 37). (Doc. 54). Therefore, *Plaintiff's Unopposed Motion to Vacate Expert Deadlines*, (Doc. 53), is **MOOT**.

                                                      THE HONORABLE CARMEN E. GARZA
                                                      UNITED STATES MAGISTRATE JUDGE