## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiffs,

v.                                           CV No. 17-53 MV/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER SETTING HEARING ON MOTION

**THIS MATTER** is before the Court on *Plaintiff's Motion, Pursuant to Federal Rule of Civil Procedure 56(d), for Limited Discovery* (Doc. 51), filed September 13, 2017. The motion was referred to the undersigned on September 10, 2018, (Doc. 61).

**IT IS HEREBY ORDERED** that the Court shall hear oral argument on the motion by telephone on **Monday, September 24, 2018 at 2:00 p.m.** The parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                                   THE HONORABLE CARMEN E. GARZA
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE