IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                                               CV No. 17-53 MV/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, March 13, 2019, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE