IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                          No. CV 17-53 JTM/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR DEFENDANTS' REPLY

**THIS MATTER** is before the Court on *Defendants' Unopposed Motion for Leave to Exceed Page Limit for Defendants' Reply in Support of Motion for Summary Judgment*, (Doc. 73), filed March 5, 2019. Defendants ask the Court to exceed the local rule's twelve-page limit for replies and seek to submit their reply with approximately twenty-six pages. (Doc. 73 at 1-2). The Court has reviewed the Motion, and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE