IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                                                     CV No. 17-53 JTM/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, January 21, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

At the status conference, counsel should be prepared to discuss the viability of engaging in a settlement conference and further discovery needed to facilitate a final resolution of this matter. In addition, counsel should attend the status conference prepared with a list of dates their clients are available to conduct a settlement conference.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE