## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATHANIEL TRUJILLO,

    Plaintiff,

v.                          CV No. 17-53 JTM/CG

CITY OF HOBBS, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled. (Doc. 96).

**IT IS THEREFORE ORDERED** that the telephonic status conference set for **Tuesday, September 8, 2020, at 2:30 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE