UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**NATHANIEL TRUJILLO,**

    **Plaintiff,**

v.                                    No. 2:17-cv-00053-JTM-CG

**CITY OF HOBBS,**

    **Defendant.**

## ORDER OF DISMISSAL OF
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss his Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED this 4th Day of September by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

                                                s/ J. Thomas Marten
                                                HONORABLE J. THOMAS MARTEN
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

KENNEDY, KENNEDY & IVES

By **Electronically Approved on 09/02/20 /s/ Joseph P. Kennedy**
    Joseph P. Kennedy
    Shannon L. Kennedy
    Laura Schauer Ives
    1000 2nd St., N.W.
    Albuquerque, NM 87102
    (505) 244-1400
*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 09/02/20 /s/ Bryan Evans**
    Bryan Evans
    Carla Neusch Williams
    Quincy J. Perales
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendant*